Peter Kristofer Strojnik, SBN 242728
pstrojnik@strojniklaw.com
Esplanade Center III, Suite 700
2415 East Camelback Road
Phoenix, Arizona 85016
Telephone: (415) 450-0100

Attorneys for Plaintiff
THERESA BROOKE

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA BROOKE, a married woman dealing with her sole and separate claim,<br><br>Plaintiff,<br><br>vs.<br><br>THAKORJI 1 INC.,<br><br>Defendants. | Case No: 2:23-cv-5333<br><br>**NOTICE OF SETTLEMENT** |

Please take notice that the case has settled.

DATED this 26th day of February, 2024.

*/s/ Peter Kristofer Strojnik*
Peter Kristofer Strojnik (242728)
Attorneys for Plaintiff